# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**ALLIANT COMPUTER SYSTEMS CORP.,**
Debtor

Chapter 11
Case No. 92-15302

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## ORDER

Upon consideration of 1) the Court's Order to Show Cause dated June 25, 2008; 2) the Response to the Court's order filed by Howard L. Kaskel, the former Plan Administrator appointed to liquidate the assets of the Debtor pursuant to the order dated August 5, 1993 confirming the First Amended Plan of Reorganization filed by the Official Committee of Unsecured Creditors; 3) the representations made at the status conference held on July 15, 2008; and 4) the Supplemental Response of the Former Plan Administrator, the Court orders Wells Fargo,[1] the successor to Norwest Bank Minnesota, N.A., to show cause why it should not be ordered to explain in greater detail its efforts to attempt to locate the intended recipients of the unclaimed funds which were the subject of the Court's June 25th order, and why it should not be ordered to make further efforts to locate those recipients. The Court further orders the United States Trustee to show cause why she

---

[1] The Court notes that the former Plan Administrator represented that "Wells Fargo" acquired Norwest Bank and that the Supplemental Response was served on Wells Fargo Minnesota, N.A. in Minneapolis, MN, Wells Fargo & Co. at its Boston, MA, office, and Wells Fargo's Corporate Trust Services in Minneapolis, MN, as well as on General Counsel and the Chairman of Wells Fargo & Co., at their respective offices in San Francisco, CA.

should not be appointed successor Plan Administrator to oversee any further disposition of the unclaimed funds and to establish procedures, if any, for the payment of fees and expenses for the former Plan Administrator and any successor Plan Administrator. Wells Fargo and the United States Trustee shall file their responses to this Order to Show Cause on or before August 12, 2008 at noon.

By the Court,

Joan N. Feeney
United States Bankruptcy Court

Dated: August 4, 2008