UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALLIANT COMPUTER ) | |
| SYSTEMS, INC., ) | |
| ) | Case No. 92-15302-JNF |
| Debtor ) | |
| ) | |

SUCCESSOR PLAN ADMINISTRATOR'S FINAL REPORT AND ACCOUNT
BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION
AND REPORT ON CLAIMS/PROPOSED DISTRIBUTIONS

Anne J. White, who was designated successor plan administrator (the "Plan Administrator") pursuant to the Order of August 20, 2008, hereby submits this final report and account, seeking authorization to pay certain proposed distributions with interest, to pay certain administrative expenses and to pay all remaining uncashed balance proceeds to a designated charity, all as more particularly set forth herein below. In support hereof, the Plan Administrator represents as follows:

1. On May 26, 1992, the above-referenced Debtor filed a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 101 et seq.).

2. On or about August 5, 1993, the First Amended Plan Of Reorganization Provided By The Official Committee Of Unsecured Creditors was confirmed by the Court (the "Plan"). Howard L. Kaskel was appointed Plan Administrator under the Plan (the "Former Plan Administrator") for the Debtor's Chapter 11 proceeding. On February 18, 1999, a final decree was entered and the Former Plan Administrator was discharged

of all power, duty and responsibility under the Plan. Thereafter, the case was closed by the Court.

3. On June 25, 2008, the Chapter 11 proceeding was reopened by the Court in connection with the receipt by the Court of unclaimed funds from Wells Fargo Bank, N.A., successor-in-interest to Norwest Bank Minnesota, N.A., the former disbursing agent under the Plan (the "Unclaimed Funds").

4. On August 20, 2008, this Court entered an order designating Anne J. White as the successor Plan Administrator in this case. The Plan Administrator was charged with the task of completing distribution to the 37 remaining claimants entitled to the Unclaimed Funds in this case (the "Claimants").

5. The Clerk of the U.S. Bankruptcy Court for the District of Massachusetts received unclaimed funds totaling $119,541.15 submitted by Wells Fargo along with two spreadsheets listing 37 intended recipients of these funds. Thereafter, the Clerk of the Court paid out funds totaling $3,383.57 leaving a balance of $116,257.58.

6. On September 23, 2008, in accordance with the Court's Order of August 20, 2008, the Clerk of the Court delivered the total sum of $116,257.58 to the Plan Administrator.

7. In this instance, all assets of the estate had been reduced to cash. The Plan Administrator received the total sum of $116,257.58. Interest earned thereafter by the Plan Administrator on the funds totaled $126.35. An accounting of these estate assets is attached hereto as Form 1 (**Exhibit A**).

8. Attached hereto as Form 2 is an itemized statement of the Plan Administrator's receipts and disbursements showing total receipts of $116,383.93

disbursements of $26,445.00, and a balance on hand as of October 20, 2010 of $89,938.93 (**Exhibit B**). The disbursements to date include $25,095.00 as administrative expense for counsel to the former plan administrator[1] pursuant to order dated June 24, 2009 and $1,350.00 for Plan Administrator bond payments.

9. In this instance, all 37 claimants (the "Claimants") who were entitled to unclaimed funds were listed by Wells Fargo in two spreadsheet submissions provided to the Clerk of Court and thereafter forwarded to the Plan Administrator. These Claimants held valid claims in the case. A copy of the two spreadsheets from Wells Fargo which list the Claimants is attached hereto as **Exhibit C**[2].

10. As set forth in more detail in the professional fee applications which have been filed herewith, the Plan Administrator and her counsel undertook extensive efforts to verify the current addresses, correct identities and correct TIN numbers of the subject Claimants. As previously noted, this case was commenced on May 26, 1992. Many of the Claimants were corporate entities that had, over the course of these many years, been acquired multiple times by successor entities. While the Plan Administrator was eventually able to obtain contact information for the appropriate successor-in-interest, there was a more fundamental difficulty with effectuating distribution. Many corporate entities had long since purged there relevant internal records and could not verify the individual customers from whom the claims had originally arisen. Many of the Claimants for which no distribution is proposed - reported expressly to the Plan Administrator that they would not (could not) accept unclaimed funds. In sum, as a result of the Plan Administrator's efforts, the Plan Administrator proposes distribution to nine

---

[1] Foley Hoag, LLP filed a Supplemental Application For Compensation Of Fees And Expenses on April 27, 2009.
[2] The spreadsheets have been redacted to delete certain personally identifiable information.

claimants representing over 71% of the claim amounts in this case. The Plan Administrator's proposed distribution is attached hereto as **Exhibit D**.

11.    Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: October 20, 2010          /s/ Anne J. White
                                       Anne J. White, Successor Plan Administrator

                                         Anne J. White (BBO#524960)
                                         DEMEO & ASSOCIATES, P.C.
                                         One Lewis Wharf
                                         Boston, MA  02110
                                         Tel: (617) 263-2600
                                         Fax: (617) 263-2300

EXHIBIT A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:**  
**Case Name:** ALLIANT COMPUTER SYSTEMS CORPORATIO  
**Period Ending:** 10/20/10

**Trustee:** (410321)    Anne J. White  
**Filed (f) or Converted (c):** 05/26/92 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   UNLISTED ASSETS  From former Plan Administrator (via Wells Fargo) | 0.00 | 116,257.58 | - | 116,257.58 | 0.00 |
| Int   INTEREST (u) | Unknown | N/A | | 126.35 | Unknown |
| 2   Assets   Totals (Excluding unknown values) | $0.00 | $116,257.58 | | $116,383.93 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2009    **Current Projected Date Of Final Report (TFR):**    October 31, 2010

EXHIBIT B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | | Trustee: | Anne J. White (410321) |
| --- | --- | --- | --- |
| Case Name: | ALLIANT COMPUTER SYSTEMS CORPORATIO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****74-65 - Money Market Account |
| Taxpayer ID #: | **-***0070 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 10/20/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/23/08 | {1} | United States Treasury | Unclaimed funds turned over to the new Plan Administrator by the Clerk of the U.S. Bankruptcy Court. | 1129-000 | 116,257.58 | | 116,257.58 |
| 09/25/08 | 1001 | International Sureties, LTD | Bond Payment; Bond #016037966; Term 8/20/08-8/20/09 | 2300-000 | | 450.00 | 115,807.58 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.85 | | 115,810.43 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 12.63 | | 115,823.06 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 9.10 | | 115,832.16 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.21 | | 115,840.37 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.72 | | 115,845.09 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.41 | | 115,849.50 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.04 | | 115,854.54 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.72 | | 115,859.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.56 | | 115,863.82 |
| 06/08/09 | 1002 | International Sureties, LTD | Bond Payment; Bond #016037966; Term 8/20/09-8/20/10 | 2300-000 | | 450.00 | 115,413.82 |
| 06/25/09 | 1003 | Foley Hoag LLP | Amount paid in full regarding your Supplemental Apllication for Compensation as Counsel to the Former Plan Administrator | 2200-000 | | 25,095.00 | 90,318.82 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.03 | | 90,323.85 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.80 | | 90,327.65 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.80 | | 90,331.45 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.68 | | 90,335.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.68 | | 90,338.81 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.80 | | 90,342.61 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.80 | | 90,346.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.56 | | 90,349.97 |
| 02/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.36 | | 90,350.33 |
| 02/02/10 | | Wire out to BNYM account 9200******7465 | Wire out to BNYM account 9200******7465 | 9999-000 | -90,350.33 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25,995.00 | 25,995.00 | $0.00 |
| | | | Less: Bank Transfers | | -90,350.33 | 0.00 | |
| | | | Subtotal | | 116,345.33 | 25,995.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $116,345.33 | $25,995.00 | |

{} Asset reference(s)           Printed: 10/20/2010 02:25 PM   V.12.54

Case 92-15302    Doc 669    Filed 10/21/10    Entered 10/21/10 15:14:43    Desc Main
Document      Page 7 of 15

EXHIBIT B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | | Trustee: | Anne J. White (410321) |
|---|---|---|---|
| Case Name: | ALLIANT COMPUTER SYSTEMS CORPORATIO | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******74-65 - Money Market Account |
| Taxpayer ID #: | **-***0070 | Blanket Bond: | $0.00 (per case limit) |
| Period Ending: | 10/20/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | Wire in from JPMorgan Chase Bank, N.A. account ********7465 | 9999-000 | 90,350.33 | | 90,350.33 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.50 | | 90,354.83 |
| 03/02/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 90,355.00 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.20 | | 90,360.20 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.20 | | 90,365.40 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.37 | | 90,370.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.20 | | 90,375.97 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.37 | | 90,381.34 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.37 | | 90,386.71 |
| 09/27/10 | 11004 | International Sureties, LTD | Bond Payment; Term 8/20/10-8/20/11; Bond #016037966 | 2300-000 | | 450.00 | 89,936.71 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.22 | | 89,938.93 |

| | | | |
|---|---|---:|---:|
| | ACCOUNT TOTALS | 90,388.93 | 450.00 | $89,938.93 |
| | Less: Bank Transfers | 90,350.33 | 0.00 | |
| | Subtotal | 38.60 | 450.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $38.60 | $450.00 | |

| Net Receipts : | 116,383.93 |
|---|---:|
| Net Estate : | $116,383.93 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****74-65 | 116,345.33 | 25,995.00 | 0.00 |
| MMA # 9200-******74-65 | 38.60 | 450.00 | 89,938.93 |
| | $116,383.93 | $26,445.00 | $89,938.93 |

RE: Alliant Systems Corp. Chp 11 --- 92-15302-JNF

| REF ID | Name | Name2 | Name3 | Address 1 | Address 2 | City | State | Zip | TIN | FINAL DIST | FINAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A10010 | A.G. EDWARDS & SONS INC | | | | | | | | | $1,225.13 | $372.88 |
| A10090 | BEAR STEARNS & CO | | | | | | | | | 3,000 | |
| A10140 | BHC SECURITIES | | | | | | | | | $1,006.95 | $306.48 |
| A10230 | CALICO | | | | | | | | | 60,000 | |
| A10260 | CEDE & CO | | | | | | | | | $251.74 | $76.62 |
| A10280 | ALAN T CHRISTIE | | | | | | | | | 15,000 | |
| A10290 | KATHLEEN CHRISTIE | | | | | | | | | $167.83 | $51.08 |
| A10310 | COWEN & COMPANY | | | | | | | | | 10,000 | |
| A10170 | DOUGLAS W BRANDRUP TTEE | DOUGLAS W BRANDRUP DEFINED | | | | | | | | $419.55 | $127.70 |
|  |  |  |  |  |  |  |  |  |  | 25,000 |  |
| A10330 | DEAN WITTER REYNOLDS INC | | | | | | | | | $83.91 | $25.54 |
|  |  |  |  |  |  |  |  |  |  | 5,000 |  |
| A10340 | DELEWARE CHARTER GUARANTEE & TR CO | CUST JOHN FREIDENRICH IRA | | | | | | | | $1,678.25 | $510.79 |
|  |  |  |  |  |  |  |  |  |  | 100,000 |  |
| A10380 | DONALDSON LUFKIN & JENRETTE | INVSTMNT BANKERS | | | | | | | | $839.13 | $255.40 |
|  |  |  |  |  |  |  |  |  |  | 50,000 |  |
| A10390 | DREYFUS BROKERAGE SERVICE | | | | | | | | | $1,678.25 | $510.79 |
|  |  |  |  |  |  |  |  |  |  | 100,000 |  |
| A10400 | PCI TRADE SECURITIES INC | | | | | | | | | $13,577.08 | $4,132.33 |
|  |  |  |  |  |  |  |  |  |  | 809,000 |  |
| A10480 | FLEET CLEARING CORP | | | | | | | | | $3,356.51 | $1,021.59 |
|  |  |  |  |  |  |  |  |  |  | 200,000 |  |
| A10740 | J C BRADFORD & CO | | | | | | | | | $1,006.95 | $306.48 |
|  |  |  |  |  |  |  |  |  |  | 60,000 |  |
| A10780 | PETER KOBAN | | | | | | | | | $503.48 | $153.24 |
|  |  |  |  |  |  |  |  |  |  | 30,000 |  |
| A10790 | STEPHEN P KRESGE | | | | | | | | | $839.13 | $255.40 |
|  |  |  |  |  |  |  |  |  |  | 50,000 |  |
| A10860 | IVAN MARGOLIN | | | | | | | | | $83.91 | $25.54 |
|  |  |  |  |  |  |  |  |  |  | 5,000 |  |
| A10920 | MERRILL LYNCH PIERCE FENNER & SMITH INC | | | | | | | | | $335.65 | $102.16 |
|  |  |  |  |  |  |  |  |  |  | 20,000 |  |
| A11000 | MORGAN STANLEY | | | | | | | | | $31,114.85 | $9,470.14 |
|  |  |  |  |  |  |  |  |  |  | 1,854,000 |  |
|  |  |  |  |  |  |  |  |  |  | $20,424.36 | $6,216.37 |
|  |  |  |  |  |  |  |  |  |  | 1,217,000 |  |
| A11020 | JOSEPH MYERS | | | | | | | | | $167.83 | $51.08 |
|  |  |  |  |  |  |  |  |  |  | 10,000 |  |
| A11040 | NATIONAL INVESTORS SERVICES CORP | | | | | | | | | $553.82 | $168.56 |
|  |  |  |  |  |  |  |  |  |  | 33,000 |  |
| A11090 | UBS PAINE WEBBER | | | | | | | | | $5,924.24 | $1,803.11 |
|  |  |  |  |  |  |  |  |  |  | 353,000 |  |
| A11200 | CHELA CAPITAL PARTNERS | | | | | | | | | $167.83 | $51.08 |
|  |  |  |  |  |  |  |  |  |  | 10,000 |  |
| A11350 | SOUTHWEST SECURITIES INC | | | | | | | | | $167.83 | $51.08 |
|  |  |  |  |  |  |  |  |  |  | 10,000 |  |
| A11420 | A RAY STITELY | | | | | | | | | $335.65 | $102.16 |
|  |  |  |  |  |  |  |  |  |  | 20,000 |  |
| A11470 | ROY THUNG | | | | | | | | | $4,195.64 | $1,276.99 |
|  |  |  |  |  |  |  |  |  |  | 250,000 |  |
| A11540 | DAVID R WALLACE | UA CHARLES SCHWAB & CO INC | IRA ROLLOVER 4-11-95 | | | | | | | $167.83 | $51.08 |
|  |  |  |  |  |  |  |  |  |  | 10,000 |  |
| A11570 | DANITA L WEIMER | | | | | | | | | $167.83 | $51.08 |
|  |  |  |  |  |  |  |  |  |  | 10,000 |  |
| A11600 | WILLIAM BLAIR & CO | TERRY MULDOON | | | | | | | | $167.83 | $51.08 |
|  |  |  |  |  |  |  |  |  |  | 10,000 |  |
|  |  |  |  |  |  |  |  |  | $91,028.57 | $27,705.52 |  |
|  |  |  |  |  |  |  |  |  | Grand Total | $118,734.09 | |

Totaling  $116,257.58

Paidout  $115,450.52
         801.06
         116,257.58

- 3283.57
115,450.52

EXHIBIT C

| REF ID | Name | Name2 | Name3 | Address 1 | City | State | Zip | TIN | FINAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|
| A10080 | CHARLES L BARNDT | | | | | | | | $ 587.41 |
| A11410 | STEPHENS INC | | | | | | | | $ 81.73 |
| A10700 | H.O.W. | | | | | | | | $ 76.62 |
| A10820 | RICHARD LEFF TTEE | GOLDMAN SAFFIAN & LEFF DEF BEN | PEN PL & TR 2 DTD 5-1-85 | | | | | | $ 25.54 |
| A11120 | PRUDENTIAL SECURITIES INC | | | | | | | | $ 10.22 |
| A10430 | FAHNESTOCK CO INC C/F | GEORGE H SIMMONS UNDER IRA 8-18-83 | | | | | | | $ 807.06 |

EXHIBIT D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) Chapter 11 |
| ALLIANT COMPUTER | ) |
| SYSTEMS, INC., | ) |
| | ) Case No. 92-15302-JNF |
| Debtor | ) |
| | ) |

**SUCCESSOR PLAN ADMINISTRATOR'S PROPOSED DISTRIBUTION**

I. Applications for Plan Administrator fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Plan Administrator | | | |
| | Anne J. White, Plan Administrator | $9,065.00 | $0.00 |
| Attorney for Plan Administrator | | | |
| | Klieman, Lyons, Schindler & Gross | $3,970.00 | $137.74 |
| | Demeo & Associates, P.C. | $12,802.50 | $46.97 |
| Accountant | | | |
| | Verdolino & Lowey, P.C. | $2,015.78 | $31.28 |

II.   Applications for prior Plan Administrator and/or counsel have been filed as follows;

| Reason/Applicant | Fees | Expenses |
|---|---|---|

Prior Plan Administrator (Paid per Order dated June 24, 2009 Docket # 665)

| Foley Hoag | $25,095.00 | $0.00 |

III.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

VI.   In this instance, for the claimants that have submitted appropriate address and identity verification and TIN information (the "Valid Claimants"), the records received by the Plan Administrator in this case reflect that these Valid Claimants hold distribution claims for both a principal distribution amount ("Principal") and a previously designated interest component ("Interest"). The dividend anticipated by the Plan Administrator in this case anticipates a 100% distribution of Principal to the Valid Claimants and a 63% distribution of the previously calculated Interest to the Valid Claimants. Thus, it is anticipated that the Valid Claimants will receive 100% of the Principal plus 19% in interest.

The allowed claimants proposed distribution are as follows:

| Refer ID | Name | Principal | Interest | Total |
|---|---|---|---|---|
| A10010 | A G Edwards & Sons, Inc. | $1,225.13 | $236.05 | $1,461.18 |
| A10140 | BHC Securities | $251.74 | $48.50 | $300.24 |
| A10310 | Cowen & Company | $13,577.08 | $2,615.91 | $16,192.99 |
| A10340 | Deleware Charter Guarantee & Trust Co. | $3,356.51 | $646.70 | $4,003.21 |
| A10380 | Donaldson Lufkin & Jenrette | $1,678.25 | $323.35 | $2,001.60 |
| A10920 | Merril Lynch Pierce Fenner & Smith, Inc. | $31,114.85 | $5,994.94 | $37,109.79 |
| A11200 | Chela Capital Partners | $167.83 | $32.34 | $200.17 |
| A11350 | Southwest Securities, Inc. | $335.65 | $64.67 | $400.32 |
| A11600 | William Blair & Co. | $167.83 | $32.34 | $200.17 |

V.   The claims deemed disallowed for failure to respond to the Plan Administrator's multiple (written, telephonic and email) requests for verification and submission of the W-9 forms for required TIN information are as follows:

| Refer ID | Name | Principal | Interest |
|---|---|---|---|
| A10080 | Charles L. Barndt | | $587.41 |
| A10090 | Bear Stearns & Co. | $1,006.95 | $306.48 |
| A10170 | Douglas W. Brandrup, Trustee | $167.83 | $51.08 |
| A10230 | Calico | $419.56 | $127.70 |
| A10260 | Cede & Co. | $83.91 | $25.54 |
| A10330 | Dean Witter Reynolds, Inc. | $1,006.95 | $306.48 |
| A10390 | Dreyfus Brokerage Service | $83.91 | $25.54 |
| A10400 | PCI Trade Securities, Inc. | $167.83 | $51.08 |
| A10430 | Fahnestock Co. Inc. c/f | | $10.22 |
| A10480 | Fleet Clearing Corp. | $503.48 | $153.24 |

| | | | |
|---|---|---:|---:|
| A10700 | H.O.W. | | $76.62 |
| A10740 | JC Bradford & Co. | $839.13 | $255.40 |
| A10780 | Peter Koban | $83.91 | $25.54 |
| A10790 | Stephen P. Kresge | $167.83 | $51.08 |
| A10820 | Richard Leff Trustee | | $25.54 |
| A10860 | Ivan Margolin | $335.65 | $102.16 |
| A11000 | Morgan Stanley | $20,424.36 | $6,216.37 |
| A11020 | Joseph Myers | $167.83 | $51.08 |
| A11040 | National Investors Services Corp. | $553.82 | $168.56 |
| A11090 | UBS Paine Webber | $5,924.24 | $1,803.11 |
| A11120 | Prudential Securities Inc | | $25.54 |
| A11410 | Stehens Inc. | | $81.73 |
| A11420 | A. Ray Stitely | $167.83 | $51.08 |
| A11470 | Roy Thung | 4195.64 | $1,276.98 |
| A11540 | David R. Wallce | $167.83 | $51.08 |
| A11570 | Danita L. Weimer | $167.83 | $51.08 |

VI.   In this instance, there are no tardy filed claims and no subordinated unsecured claims. There will also be no surplus for distribution to the Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALLIANT COMPUTER ) | |
| SYSTEMS, INC., ) | |
| ) | Case No. 92-15302-JNF |
| Debtor ) | |
| ) | |

**DECLARATION RE: ELECTRONIC FILING**

PART 1 - DECLARATION OF CHAPTER 7 TRUSTEE

I, ANNE J. WHITE, Plan Administrator in the above matter, hereby declare(s) *under penalty of perjury* that all of the information contained in Plan Administrator's Final Report (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: October 20, 2010           Signed: _____
                                           Anne J. White, Successor Plan Administrator


PART II - DECLARATION OF ATTORNEY

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: October 20, 2010           Signed: _____
                                           Attorney for Plan Administrator

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALLIANT COMPUTER ) | |
| SYSTEMS, INC., ) | |
| ) | Case No. 92-15302-JNF |
| Debtor ) | |
| ) | |

ORDER APPROVING PLAN ADMINISTRATOR'S FINAL REPORT
AND ACCOUNT BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION
AND REPORT ON CLAIMS/PROPOSED DISTRIBUTIONS

The Successor Plan Administrator's Final Report And Account Before Distribution and attachments thereto having come for hearing before the Court, and no objections being filed, the Court hereby states as follows:

IT IS ORDERED:

That the Successor Plan Administrator's Final Report And Account Before Distribution is hereby APPROVED including all requests for compensation and expenses set forth therein and in the attachments thereto.

Dated: _____

_____
Joan N. Feeney
United States Bankruptcy Judge